# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00662-CV

**In re Rolando Pablos, Secretary of State for the State of Texas, and
Keith Ingram, Director, Texas Elections Division of the Secretary of State**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We granted the emergency motion and temporarily stayed all proceedings in the underlying case, including the temporary-injunction hearing set for October 16, 2017. *See id.* R. 52.10(b). The real parties in interest, League of Women Voters of Texas, Texas State Conference of the National Association for the Advancement of Colored People, and Ruthann Geer, have filed a response to the emergency motion in which they request that the Court extend the district court's October 3, 2017 temporary restraining order as long as necessary to preserve the status quo. The Court grants the request and orders that the district court's temporary restraining order is extended until further order of this Court. *See id.*

It is so ordered October 13, 2017.

Before Justices Puryear, Field, and Bourland